Auditt [ATKINSON v. TODD].

The Court Appoints Cap$^t$ Edw. Hutchinson & M$^r$ Jo$^n$ Howard to Auditt the Acco$^{ts}$ betwixt Theodore Atkinson Senio$^r$ & Jo$^n$ Tod & make Returne thereof to this Court.